IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION ) <br> WORKERS FRINGE BENEFIT FUNDS, ) <br> *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CESAR SOTO, individually and d/b/a ) <br> CESAR MASONRY, INC., ) <br> a dissolved corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 06 C 3362 <br><br> JUDGE JOHN W. DARRAH |

**<u>MOTION FOR ENTRY OF JUDGMENT</u>**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on September 6, 2006, request this Court enter judgment against Defendant, CESAR SOTO, individually and d/b/a CESAR MASONRY, INC., a dissolved corporation. In support of that Motion, Plaintiffs state:

1. On September 6, 2006, this Court entered default against Defendant and granted Plaintiffs' request for an order directing an audit of the Defendant's payroll books and records for the period July 14, 2004 forward (a copy of the Order entered on September 6, 2006 is attached hereto as Exhibit A).

2. Plaintiffs' auditors completed that audit on or about December 4, 2006. The audit findings show that the Defendant is delinquent in contributions to the Funds in the amount of $240,944.69. (See Affidavit of Deborah L. French)

3. Additionally, the amount of $24,094.47 is due for liquidated damages. (French Aff. Par. 7). Plaintiffs' auditing firm of Howard Levinson & Associates charged Plaintiffs $2,692.80 to perform the audit examination and complete the report (French Aff. Par. 6) (a copy of the audit report is attached hereto as Exhibit B).

4. In addition, Plaintiffs have incurred court costs totaling $578.50 and reasonable attorneys' fees totaling $3,703.75. (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $272,014.21.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $272,014.21.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Cesar Masonry\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 11th day of January 2007:

        Mr. Cesar Soto
        Cesar Masonry, Inc.
        604 Cover Bridge Drive
        Elgin, IL  60123

        Terry Roth
        Rieck & Crotty, P.C.
        55 W. Monroe Street, Suite 3390
        Chicago, IL  60603-5062


                /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Cesar Masonry\motion-judgment.cms.df.wpd